# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBECCA FLEMING

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5448RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report; and

the matter is therefore REMANDED to the administration for further consideration as directed in the report.

|  |  |
|---|---|
| March 19, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |