**The Honorable Ronald B. Leighton**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| REBECCA FLEMING, | ) |
| Plaintiff, | ) No.C06-05448-RBL |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) PROPOSED ORDER |
| Defendant. | ) |

The Court hereby awards Plaintiff's counsel, Robert A. Friedman, $4,474.26 in attorney fees, $53.89 in expenses, and $454.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $4,982.65.  The Court finds that the hours expended were reasonable and necessarily incurred, including the 6.2 hours expended on plaintiff's reply brief.

Dated:   May 4, 2007

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
[No. C06-5448-RBL]