# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBECCA FLEMING

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5448RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That the Court hereby awards Plaintiff's counsel, Robert A. Friedman, $4,474.26 in attorney fees, $53.89 in expenses, and $454.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $4,982.65. The Court finds that the hours expended were reasonable and necessarily incurred, including the 6.2 hours expended on plaintiff's reply brief.

|  |  |
|---|---|
|    May 7, 2007 |    BRUCE RIFKIN |
| Date | Clerk |
|  | *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |